# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (BLS) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC ,*et al*., | Adv. Proc. No. 20-50713 (BLS) |
| Plaintiff, | |
| vs. | |
| LEVEL 3 COMMUNICATIONS, LLC, | |
| Defendant. | |

## ORDER APPROVING STIPULATION FURTHER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Upon consideration of the Stipulation Further Extending the Deadline for Defendant to Respond to the Complaint (the "Stipulation"), set forth hereto as Exhibit A, it is hereby ORDERED THAT, the Stipulation is APPROVED.

**Dated: October 13th, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

DOCS_LA:332314.1