**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (BLS) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*, | Adv. Proc. No. 20-50713 (BLS) |
| Plaintiff, | |
| vs. | |
| LEVEL 3 COMMUNICATIONS, LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

        I, Peter J. Keane, hereby certify that on the 12th day of January, 2021, I caused a copy of the documents listed below to be served on the individuals on the attached service list in the manner indicated:

- **[Signed] Order Approving Stipulation Further Extending Deadline for Defendant to Respond to the Complaint [Adv. Docket No. 18]**

Dated: January 12, 2021       PACHULSKI STANG ZIEHL & JONES LLP

       */s/ Peter J. Keane*
       Peter J. Keane (DE Bar No. 5503)
       919 N. Market Street, 17th Floor, P.O. Box 8705
       Wilmington, DE 19899 (Courier 19801)
       Telephone: (302) 652-4100
       Facsimile: (302) 652-4400
       Email: pkeane@pszjlaw.com

       *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

HERITAGE ADV SERVICE LIST –LEVEL 3 COMMUNICATIONS, LLC
DOCUMENT NO. 229717

**ELECTRONIC MAIL**
TROUTMAN PEPPER HAMILTON SANDERS LLP
Henry Jaffe
Kenneth A. Listwak
1312 Market Street
PO Box 1709
Wilmington, DE 19899-1709
E-mail: henry.jaffe@troutman.com
kenneth.listwak@troutman.com
*Counsel for Defendant*